UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80318-CIV-MARRA

In re:

TRIGEANT HOLDINGS, LTD., *et al.*,

    Debtors.
_____/

**RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

    BTB Refining, LLC ("BTB") files this Response to the Court's Order to Show Cause (the "Show Cause Order") [DE 5] dated March 7, 2016, and states:

    1.    On March 2, 2016, BTB initiated this appeal by filing its Notice of Appeal [DE 77 in Case No. 14-29027-BKC-EPK] before the Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court").

    2.    Pursuant to the Notice of Appeal, BTB appealed the Bankruptcy Court's Order Granting Motion to Dismiss (the "Dismissal Order") [DE 57 in Case No. 14-29027-BKC-EPK]. BTB attached a copy of the Dismissal Order to the Notice of Appeal as Exhibit "A."

    3.    Upon review of the Show Cause Order, and consideration of *Dzikowski v. Boomer's Sports & Recreation Ctr., Inc. (In re Boca Arena, Inc.)*, 184 F.3d 1285 (11th Cir. 1999), BTB concurs with the Court's assessment that the Dismissal Order is a non-final order of the Bankruptcy Court because the Dismissal Order did not dispose of all claims and parties in the adversary proceeding.

    **WHEREFORE**, BTB does not oppose the entry of an order dismissing, without prejudice, BTB's appeal of the Dismissal Order as a non-final order for which leave to appeal has not been granted.

1

Dated: March 16, 2016         Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Tel.: (305) 372-1800
Fax: (305) 372-3508
Email:  cwt@kttlaw.com
           dlr@kttlaw.com
           vfa@kttlaw.com

By: /s/ *Charles W. Throckmorton*
     Charles W. Throckmorton
     Fla. Bar No. 286192
     David L. Rosendorf
     Fla. Bar No. 996823
     Vincent F. Alexander
     Fla. Bar No. 68114

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this appeal.

By:  /s/ *Charles W. Throckmorton*
       Charles W. Throckmorton

4183.101/FA314603

3

**Electronic Service List Case No. 9:16-cv-80318-KAM**

Andrea Stone Hartley andrea.hartley@akerman.com

Charles Howard Lichtman clichtman@bergersingerman.com, drt@bergersingerman.com, drt@ecf.inforuptcy.com, vbarthelemy@bergersingerman.com

Luis Salazar salazar@salazarjackson.com, aguilar@salazarjackson.com, cabrera@salazarjackson.com, cloyd@salazarjackson.com, davila@salazarjackson.com, lee-sin@salazarjackson.com, pacetti@salazarjackson.com

4183.101/FA314603